**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **CAROL C. BROOKS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-cv-4163-JPG-PMF |
| | ) |
| **CHRISTOPHER HEID,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:   June 14, 2006**

**NORBERT JAWORSKI, CLERK**

 by: s/Deborah Agans
**Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
          **U. S. DISTRICT JUDGE**